IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clanders, Mary

Printed: 11/20/07

Case Number: 04 B 36855
Judge: Wedoff, Eugene R
Filed: 10/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 2, 2007
Confirmed: December 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,886.00 |  |
| Secured: |  | 14,110.51 |
| Unsecured: |  | 3,126.78 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 1,052.71 |
| Other Funds: |  | 186.00 |
| Totals: | 20,886.00 | 20,886.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Triad Financial Services | Secured | 2,824.98 | 2,447.18 |
| 5. | Healthcare Associates Credit Union | Secured | 9,415.00 | 9,415.00 |
| 6. | Ameriquest Mortgage Company | Secured | 2,248.33 | 2,248.33 |
| 7. | Triad Financial Services | Unsecured | 38.44 | 432.02 |
| 8. | ECast Settlement Corp | Unsecured | 40.61 | 456.42 |
| 9. | Nationwide Acceptance Corp | Unsecured | 16.66 | 187.25 |
| 10. | Healthcare Associates Credit Union | Unsecured | 120.28 | 1,351.74 |
| 11. | Capital One | Unsecured | 10.17 | 114.30 |
| 12. | ECast Settlement Corp | Unsecured | 19.92 | 223.89 |
| 13. | Check N Go | Unsecured | 15.47 | 173.92 |
| 14. | Resurgent Capital Services | Unsecured | 16.66 | 187.24 |
| 15. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 16. | Check N Go | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,176.52 | $ 19,647.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 195.00 |
| 4% | 76.37 |
| 3% | 58.50 |
| 5.5% | 330.01 |
| 5% | 90.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Clanders, Mary | Case Number: 04 B 36855 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/20/07 | Filed: 10/5/04 |

|  |  |
|---|---|
| 4.8% | 187.22 |
| 5.4% | 115.61 |
| | _____ |
| | $ 1,052.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                *Denise Ashley*